# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00623-CV

## In re Oak Creek Homeowners Association, Inc.

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Oak Creek Homeowners Association, Inc. (Oak Creek), has filed a petition for writ of mandamus compelling the district court to sign a default foreclosure order. *See* Tex. R. Civ. P. 736.7. The district court has filed a response advising that it has since signed a default foreclosure order in the underlying proceeding. The district court's order affords Oak Creek the relief it seeks through mandamus. Accordingly, we dismiss the petition as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Filed:   October 10, 2013